UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE WEIR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW ROY, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01739- --- - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

　　　　Plaintiff Archie Weir initiated an action for a violation of his civil rights by filing a complaint and a motion to proceed *in forma pauperis* on November 7, 2014.  (Docs. 1-2.)   The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).  The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

　　　　According to his application, Plaintiff is currently incarcerated at Wasco State Prison.  (Doc. 1 at 2.)  However, Plaintiff failed to have an authorized officer report he amount he has available in his trust account, or attach a certified copy of Plaintiff's trust account statement showing transactions for the past six months.  As a result, the Court is unable to determine whether Plaintiff has funds that may be used to pay the filing fee in this action.

1

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information regarding the sums available in his trust account, with a copy of his account statement certified by an authorized officer.  Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **November 14, 2014**              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE

2